SCVNGR, INC. d/b/a LEVELUP

              Plaintiff,

v.

DAILYGOBBLE, INC. d/b/a RELEVANT

              Defendant.

Case No. 6:15-cv-00493- JRG-KNM

## ADDITIONAL ATTACHMENT TO DKT. NO. 94 - CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

Puruant to Local Rule CV-5(a)(7)(A), undersigned counsel for plaintiff SCVNGR, Inc.

d/b/a LevelUp ("LevelUp") certifies that the documents filed as Dkt. No. 94, *LevelUp's Motion*

*for Contempt Sanctions or, Alternatively, for an Order to Show Cause*, and the attachments

thereto, contain information designated as CONFIDENTIAL material by defendant

DailyGobble, Inc. d/b/a Relevant ("Relevant") pursuant to the Court's Protective Order (Dkt. No.

78), and that the Protective Order authorizes the documents and attachments thereto to be filed

under seal.


Dated:  January 26, 2016

By:

/s/ Brian Carroll
Brian C. Carroll (*pro hac vice*)
SCVNGR, INC. D/B/A LEVELUP
101 Arch Street, Suite 400
Boston, MA 02110
Phone: (617) 233-4167
Fax: (617) 812-1276

Email: Brian@thelevelup.com

Eric Hugh Findlay
State Bar No. 00789886
Debra Elaine Gunter
State Bar No. 24012752
FINDLAY CRAFT PC
102 N College Avenue, Suite 900
Tyler, TX 75702
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: dgunter@findlaycraft.com

*Attorneys for Plaintiff SCVNGR, Inc. d/b/a LevelUp*

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* electronic mail on this the 26th day of January 2016.

/s/ *Brian Carroll*
Brian Carroll