UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SCVNGR, INC. d/b/a LEVELUP<br><br>  Plaintiff,<br>v.<br><br>DAILYGOBBLE, INC. d/b/a RELEVANT<br><br>  Defendant. | Case No. 6:15-cv-00493- JRG-KNM |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW PLAINTIFF'S RENEWED MOTION FOR ENHANCED DAMAGES (35 U.S.C. § 284) AND ATTORNEYS' FEES (35 U.S.C. § 285) (DKT. NO. 154) AND PLAINTIFF'S SECOND RENEWED MOTION FOR CONTEMPT SANCTIONS AGAINST DEFENDANT DAILYGOBBLE, INC. D/B/A RELEVANT (DKT. NO. 156)**

NOW COMES Plaintiff SCVNGR, Inc. d/b/a LevelUp ("LevelUp") and respectfully requests the Court's permission to withdraw Plaintiff's Renewed Motion for Enhanced Damages (35 U.S.C. § 285) (Dkt. No. 154) and Plaintiff's Second Renewed Motion for Contempt Sanctions Against Defendant DailyGobble, Inc. d/b/a Relevant (Dkt. No. 156).

I.

At this time, Plaintiff wishes to withdraw Plaintiff's Renewed Motion for Enhanced Damages (35 U.S.C. § 285) (Dkt. No. 154) and Plaintiff's Second Renewed Motion for Contempt Sanctions Against Defendant DailyGobble, Inc. d/b/a Relevant (Dkt. No. 156). Accordingly, Plaintiff hereby seeks to have these motions withdrawn.

II.

Defendant DailyGobble, Inc. d/b/a Relevant is unopposed to the relief requested in this Motion.

WHEREFORE, Plaintiff SCVNGR, Inc. d/b/a LevelUp respectfully requests the Court withdraw Plaintiff's Renewed Motion for Enhanced Damages (35 U.S.C. § 285) (Dkt. No. 154) and Plaintiff's Second Renewed Motion for Contempt Sanctions Against Defendant DailyGobble, Inc. d/b/a Relevant (Dkt. No. 156).

Dated:  January 21, 2019

Respectfully submitted,

 /s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Debby Gunter
State Bar No. 24012752
FINDLAY CRAFT, P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: dgunter@findlaycraft.com

*Attorneys for Plaintiff SCVNGR, Inc. d/b/a LevelUp*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 21, 2019.

 _/s/ Eric H. Findlay_
Eric H. Findlay